**DEFENDANT STATUS SHEET** (One for each defendant)

I. CASE STATUS

NAME OF DEFENDANT  George Wegers a/k/a Bandido George          USAO# **2002-1494**

_/ MAGISTRATE'S NO. _____          X_/ DOCKET NO. (If Superseding Indictment) CR  **05-231JCC**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

II. CUSTODIAL STATUS

HAS DEFENDANT HAD INITIAL APPEARANCE IN THIS CASE?  X_/ yes   _/ no
IF YES:

    _/ DEFENDANT HAS BEEN RELEASED ON THE FOLLOWING CONDITIONS: _____

\*\*\*   _/ A DETENTION HEARING HAS BEEN SCHEDULED FOR:

    X_/ A DETENTION ORDER HAS BEEN ENTERED.

    \*\*\*   _/ TEMPORARY DETENTION

    \*\*\*   X_/ PERMANENT DETENTION

       _/ IF THE DEFENDANT HAS HAD INITIAL APPEARANCE IN ANOTHER DISTRICT, THE ABOVE RELEASE ON CONDITIONS OR DETENTION ORDER WAS ENTERED IN THE _____ DISTRICT OF _____ AND THE DEFENDANT'S FIRST APPEARANCE IN THIS DISTRICT IS EXPECTED TO BE/HAS BEEN SET FOR _____.
       (Date)

_/ DEFENDANT IS IN CUSTODY ON OTHER CHARGES:

    _/ SERVING A FEDERAL SENTENCE AT _____.
    _/ PENDING FEDERAL CHARGES IN THE _____ DISTRICT OF _____.
    _/ PENDING STATE CHARGES AT _____.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

III. ARRAIGNMENT

_/ WARRANT TO ISSUE.   (IF SO, PLEASE COMPLETE REVERSE)

_/ SUMMONS TO BE ISSUED FOR APPEARANCE ON _____ CALENDAR. (DEFENDANT'S ADDRESS REQUIRED.)
       (Date)

    DEFENDANT'S ADDRESS: _____

X_/ LETTER TO DEFENSE COUNSEL FOR APPEARANCE ON  next arraignment _____ CALENDAR.
       (Date)

    DEFENSE ATTORNEY'S NAME:  Jeff Lustick
    DEFENSE ATTORNEY'S ADDRESS:  1313 E MAPLE ST, STE 221 BELLINGHAM, WA 98225

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

IV. CONDITIONS OF

    _/ NOT PREVIOUSLY SET, SHOULD BE: _____
       [e.g., ]

    X_/ PREVIOUSLY SET, SHOULD BE:

       _/ CONTINUE CONDITIONS OF RELEASE
       X_/ CONTINUE DETENTION
       _/ MODIFIED AS FOLLOWS (state reasons for modifying): _____

**05-CR-00231-STMT**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

HAS THE FPD represented any subject or witness in this case?   _/ Yes   _/ No

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THE ESTIMATED TRIAL TIME IS  6-8 weeks  TRIAL DAYS.          8/29/05
       (Date Form filled out)

(Revised June 2000)

**DEFENDANT STATUS SHEET** (One for <u>each</u> defendant)

I. <u>CASE STATUS</u>

NAME OF DEFENDANT <u>Glenn William Merritt a/k/a Bandido Glenn</u>         USAO# <u>2002-1494</u>

__/ MAGISTRATE'S NO. _____         <u>X</u>/ DOCKET NO. (If Superseding Indictment) <u>CR  05-231JCC</u>

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

II. <u>CUSTODIAL STATUS</u>

HAS DEFENDANT HAD INITIAL APPEARANCE IN THIS CASE? <u>X</u>/ yes   __/ no
IF YES:

   __/ DEFENDANT HAS BEEN RELEASED ON THE FOLLOWING CONDITIONS: _____

\*\*\*   __/ A DETENTION HEARING HAS BEEN SCHEDULED FOR: _____

   <u>X</u>/ A DETENTION ORDER HAS BEEN ENTERED.

   \*\*\*   __/ TEMPORARY DETENTION

   \*\*\*   <u>X</u>/ PERMANENT DETENTION

   __/   IF THE DEFENDANT HAS HAD INITIAL APPEARANCE IN ANOTHER DISTRICT, THE ABOVE RELEASE ON CONDITIONS OR DETENTION ORDER WAS ENTERED IN THE _____ DISTRICT OF _____ AND THE DEFENDANT'S FIRST APPEARANCE IN THIS DISTRICT IS EXPECTED TO BE/HAS BEEN SET FOR _____.
      (Date)

__/ DEFENDANT IS IN CUSTODY ON OTHER CHARGES:

   __/ SERVING A FEDERAL SENTENCE AT _____

   __/ PENDING FEDERAL CHARGES IN THE _____ DISTRICT OF _____.

   __/ PENDING STATE CHARGES AT _____.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

III. <u>ARRAIGNMENT</u>

__/ WARRANT TO ISSUE.   (IF SO, PLEASE COMPLETE REVERSE)

__/ SUMMONS TO BE ISSUED FOR APPEARANCE ON _____ CALENDAR. (DEFENDANT'S ADDRESS REQUIRED.)
                                          (Date)

   DEFENDANT'S ADDRESS: _____

<u>X</u>/ LETTER TO DEFENSE COUNSEL FOR APPEARANCE ON <u>next arraignment</u> CALENDAR.
                                                  (Date)

   DEFENSE ATTORNEY'S NAME: <u>Tim Lohraff, FPD</u>

   DEFENSE ATTORNEY'S ADDRESS: _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

IV. <u>CONDITIONS OF RELEASE</u>

   __/ NOT PREVIOUSLY SET, SHOULD BE: _____.
                                     [e.g., P.R.; BAIL (listing conditions); DETENTION]

   <u>X</u>/ PREVIOUSLY SET, SHOULD BE:

      __/ CONTINUE CONDITIONS OF RELEASE

      <u>x</u>/ CONTINUE DETENTION

      __/ MODIFIED AS FOLLOWS (state reasons for modifying): _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

HAS THE FPD represented any subject or witness in this case?   __/ Yes   __/ No

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THE ESTIMATED TRIAL TIME IS <u>6-8 weeks</u> TRIAL DAYS.         <u>8/29/05</u>
                                                              (Date Form filled out)

(Revised June 2000)

**DEFENDANT STATUS SHEET** (One for each defendant)

I. CASE STATUS

NAME OF DEFENDANT  Hugh Gale Henschel a/k/a Corky                USAO# 2002-1494

_/ MAGISTRATE'S NO. _____     X / DOCKET NO. (If Superseding Indictment) CR  05-231JCC

*******************************************************************************************************

II. CUSTODIAL STATUS

HAS DEFENDANT HAD INITIAL APPEARANCE IN THIS CASE?  X / yes    _/ no
IF YES:

_____/ DEFENDANT HAS BEEN RELEASED ON THE FOLLOWING CONDITIONS: _____

***    _/ A DETENTION HEARING HAS BEEN SCHEDULED FOR: _____

X / A DETENTION ORDER HAS BEEN ENTERED.

***    _/ TEMPORARY DETENTION

***    X / PERMANENT DETENTION

_/ IF THE DEFENDANT HAS HAD INITIAL APPEARANCE IN ANOTHER DISTRICT, THE ABOVE RELEASE ON
CONDITIONS OR DETENTION ORDER WAS ENTERED IN THE _____ DISTRICT OF _____ AND THE
DEFENDANT'S FIRST APPEARANCE IN THIS DISTRICT IS EXPECTED TO BE/HAS BEEN SET FOR _____.
(Date)

_/ DEFENDANT IS IN CUSTODY ON OTHER CHARGES:

_/ SERVING A FEDERAL SENTENCE AT _____

_/ PENDING FEDERAL CHARGES IN THE _____ DISTRICT OF _____.

_/ PENDING STATE CHARGES AT _____

*******************************************************************************************************

III. ARRAIGNMENT

_/ WARRANT TO ISSUE.   (IF SO, PLEASE COMPLETE REVERSE)

_/ SUMMONS TO BE ISSUED FOR APPEARANCE ON _____ CALENDAR. (DEFENDANT'S ADDRESS REQUIRED.)
(Date)

DEFENDANT'S ADDRESS: _____

X / LETTER TO DEFENSE COUNSEL FOR APPEARANCE ON next arraignment _____ CALENDAR.
(Date)

DEFENSE ATTORNEY'S NAME:  James Vonasch

DEFENSE ATTORNEY'S ADDRESS: _____

*******************************************************************************************************

IV. CONDITIONS OF RELEASE

_/ NOT PREVIOUSLY SET, SHOULD BE: _____
[e.g., P.R.; BAIL (listing conditions); DETENTION]

X / PREVIOUSLY SET, SHOULD BE:

_/ CONTINUE CONDITIONS OF RELEASE

X / CONTINUE DETENTION

_/ MODIFIED AS FOLLOWS (state reasons for modifying): _____

*******************************************************************************************************

HAS THE FPD represented any subject or witness in this case?    _/ Yes    _/ No
*******************************************************************************************************

THE ESTIMATED TRIAL TIME IS 6-8 weeks TRIAL DAYS.        8/29/05
(Date Form filled out)

(Revised June 2000)

**DEFENDANT STATUS SHEET** (One for each defendant)

## I. CASE STATUS

NAME OF DEFENDANT **Christopher Horlock** USAO# **2002-1494**

_/ MAGISTRATE'S NO. _____     X / DOCKET NO. (If Superseding Indictment) CR **05-231JCC**

## II. CUSTODIAL STATUS

HAS DEFENDANT HAD INITIAL APPEARANCE IN THIS CASE? X / yes   _/ no

IF YES:

    _/ DEFENDANT HAS BEEN RELEASED ON THE FOLLOWING CONDITIONS: _____

   \*\*\*  _/ A DETENTION HEARING HAS BEEN SCHEDULED FOR: _____

     X / A DETENTION ORDER HAS BEEN ENTERED.

     \*\*\*  _/ TEMPORARY DETENTION

     \*\*\*  X / PERMANENT DETENTION

       _/ IF THE DEFENDANT HAS HAD INITIAL APPEARANCE IN ANOTHER DISTRICT, THE ABOVE RELEASE ON CONDITIONS OR DETENTION ORDER WAS ENTERED IN THE _____ DISTRICT OF _____ AND THE DEFENDANT'S FIRST APPEARANCE IN THIS DISTRICT IS EXPECTED TO BE/HAS BEEN SET FOR _____.
       (Date)

_/ DEFENDANT IS IN CUSTODY ON OTHER CHARGES:

    _/ SERVING A FEDERAL SENTENCE AT _____,

    _/ PENDING FEDERAL CHARGES IN THE _____ DISTRICT OF _____,

    _/ PENDING STATE CHARGES AT _____.

## III. ARRAIGNMENT

_/ WARRANT TO ISSUE.   (IF SO, PLEASE COMPLETE REVERSE)

_/ SUMMONS TO BE ISSUED FOR APPEARANCE ON _____ CALENDAR. (DEFENDANT'S ADDRESS REQUIRED.)
       (Date)

    DEFENDANT'S ADDRESS: _____

X / LETTER TO DEFENSE COUNSEL FOR APPEARANCE ON next arraignment _____ CALENDAR.
       (Date)

    DEFENSE ATTORNEY'S NAME:  Kent Schaffer, 712 Main Street, 31st Floor, Houston, Texas 77002-3223 and

    DEFENSE ATTORNEY'S ADDRESS:  Michael Paul Iaria, National Building, Suite 302 1008 Western Avenue Seattle, WA 98104

## IV. CONDITIONS OF RELEASE

    _/ NOT PREVIOUSLY SET, SHOULD BE: _____
       [e.g., P.R.; BAIL (listing conditions); DETENTION]

    X / PREVIOUSLY SET, SHOULD BE:

      _/ CONTINUE CONDITIONS OF RELEASE

      X / CONTINUE DETENTION

      _/ MODIFIED AS FOLLOWS (state reasons for modifying): _____

HAS THE FPD represented any subject or witness in this case?   _/ Yes   _/ No

THE ESTIMATED TRIAL TIME IS **6-8 weeks** TRIAL DAYS.   **8/29/05**
       (Date Form filled out)

(Revised June 2000)

**DEFENDANT STATUS SHEET** (One for each defendant)

I. CASE STATUS

NAME OF DEFENDANT **Frank Offley**         USAO# **2002-1494**

_/ MAGISTRATE'S NO. _____     X / DOCKET NO. (If Superseding Indictment) CR **05-231JCC**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

II. CUSTODIAL STATUS

HAS DEFENDANT HAD INITIAL APPEARANCE IN THIS CASE? X / yes   _/ no
IF YES:

     _/ DEFENDANT HAS BEEN RELEASED ON THE FOLLOWING CONDITIONS: _____

  \*\*\*    _/ A DETENTION HEARING HAS BEEN SCHEDULED FOR: _____.

     X / A DETENTION ORDER HAS BEEN ENTERED.

   \*\*\*    _/ TEMPORARY DETENTION

   \*\*\*   X / PERMANENT DETENTION

       _/    IF THE DEFENDANT HAS HAD INITIAL APPEARANCE IN ANOTHER DISTRICT, THE ABOVE RELEASE ON
             CONDITIONS OR DETENTION ORDER WAS ENTERED IN THE _____ DISTRICT OF _____ AND THE
             DEFENDANT'S FIRST APPEARANCE IN THIS DISTRICT IS EXPECTED TO BE/HAS BEEN SET FOR _____.
             (Date)

_/ DEFENDANT IS IN CUSTODY ON OTHER CHARGES:

     _/ SERVING A FEDERAL SENTENCE AT _____

     _/ PENDING FEDERAL CHARGES IN THE _____ DISTRICT OF _____

     _/ PENDING STATE CHARGES AT _____
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

III. ARRAIGNMENT

_/ WARRANT TO ISSUE.    (IF SO, PLEASE COMPLETE REVERSE)

_/ SUMMONS TO BE ISSUED FOR APPEARANCE ON _____ CALENDAR. (DEFENDANT'S ADDRESS REQUIRED.)
                              (Date)

     DEFENDANT'S ADDRESS: _____

X / LETTER TO DEFENSE COUNSEL FOR APPEARANCE ON **next arraignment** _____ CALENDAR.
                                    (Date)

     DEFENSE ATTORNEY'S NAME: **Kenneth Kanev** _____

     DEFENSE ATTORNEY'S ADDRESS: _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

IV. CONDITIONS OF RELEASE

     _/ NOT PREVIOUSLY SET, SHOULD BE: _____.
                             [e.g., P.R.; BAIL (listing conditions); DETENTION]

     X / PREVIOUSLY SET, SHOULD BE:

         _/ CONTINUE CONDITIONS OF RELEASE

         x / CONTINUE DETENTION

         _/ MODIFIED AS FOLLOWS (state reasons for modifying): _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

HAS THE FPD represented any subject or witness in this case?   X / Yes   _/ No
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THE ESTIMATED TRIAL TIME IS **6-8 weeks** TRIAL DAYS.     **8/29/05**
                                              (Date Form filled out)

(Revised June 2000)

**DEFENDANT STATUS SHEET** (One for each defendant)

I.  CASE STATUS

NAME OF DEFENDANT  Jimmie Garman a/k/a Jimbo          USAO# 2002-1494

_/ MAGISTRATE'S NO. _____        X / DOCKET NO. (If Superseding Indictment) CR  05-231JCC

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

II.  CUSTODIAL STATUS

HAS DEFENDANT HAD INITIAL APPEARANCE IN THIS CASE?  X / yes   _/ no
IF YES:
      _/ DEFENDANT HAS BEEN RELEASED ON THE FOLLOWING CONDITIONS: _____
  \*\*\*  _/ A DETENTION HEARING HAS BEEN SCHEDULED FOR: _____ .
      X / A DETENTION ORDER HAS BEEN ENTERED.
    \*\*\*  _/ TEMPORARY DETENTION
    \*\*\*  X / PERMANENT DETENTION
        _/ IF THE DEFENDANT HAS HAD INITIAL APPEARANCE IN ANOTHER DISTRICT, THE ABOVE RELEASE ON CONDITIONS OR DETENTION ORDER WAS ENTERED IN THE _____ DISTRICT OF _____ AND THE DEFENDANT'S FIRST APPEARANCE IN THIS DISTRICT IS EXPECTED TO BE/HAS BEEN SET FOR _____.
        (Date)

_/ DEFENDANT IS IN CUSTODY ON OTHER CHARGES:
      _/ SERVING A FEDERAL SENTENCE AT _____
      _/ PENDING FEDERAL CHARGES IN THE _____ DISTRICT OF _____
      _/ PENDING STATE CHARGES AT _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

III.  ARRAIGNMENT

_/ WARRANT TO ISSUE.   (IF SO, PLEASE COMPLETE REVERSE)

_/ SUMMONS TO BE ISSUED FOR APPEARANCE ON _____ CALENDAR.  (DEFENDANT'S ADDRESS REQUIRED.)
                        (Date)
      DEFENDANT'S ADDRESS: _____
X / LETTER TO DEFENSE COUNSEL FOR APPEARANCE ON next arraignment _____ CALENDAR.
                          (Date)
      DEFENSE ATTORNEY'S NAME:  John Henry Browne and Jessica Riley
      DEFENSE ATTORNEY'S ADDRESS:  821 Second Avenue, Suite 2100, Seattle, WA  98104

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

IV.  CONDITIONS OF RELEASE

      _/ NOT PREVIOUSLY SET, SHOULD BE: _____
                        [e.g., P.R.; BAIL (listing conditions); DETENTION]
      X / PREVIOUSLY SET, SHOULD BE:
          _/ CONTINUE CONDITIONS OF RELEASE
          X / CONTINUE DETENTION
          _/ MODIFIED AS FOLLOWS (state reasons for modifying): _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

HAS THE FPD represented any subject or witness in this case?   _/ Yes   _/ No
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THE ESTIMATED TRIAL TIME IS  6-8 weeks  TRIAL DAYS.          8/29/05
                                     (Date Form filled out)

(Revised June 2000)

**DEFENDANT STATUS SHEET** (One for each defendant)

I. CASE STATUS

NAME OF DEFENDANT  **Britt Augustus Anderson**                    USAO# **2002-1494**

_/ MAGISTRATE'S NO. _____       X / DOCKET NO. (If Superseding Indictment) CR  **05-231JCC**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

II. CUSTODIAL STATUS

HAS DEFENDANT HAD INITIAL APPEARANCE IN THIS CASE? X / yes    _/ no
IF YES:

    _/ DEFENDANT HAS BEEN RELEASED ON THE FOLLOWING CONDITIONS: _____

\*\*\*  _/ A DETENTION HEARING HAS BEEN SCHEDULED FOR:  . _____.

    X/ A DETENTION ORDER HAS BEEN ENTERED.

  \*\*\*  _/ TEMPORARY DETENTION

  \*\*\*  X / PERMANENT DETENTION

      _/  IF THE DEFENDANT HAS HAD INITIAL APPEARANCE IN ANOTHER DISTRICT, THE ABOVE RELEASE ON
           CONDITIONS OR DETENTION ORDER WAS ENTERED IN THE _____ DISTRICT OF _____ AND THE
           DEFENDANT'S FIRST APPEARANCE IN THIS DISTRICT IS EXPECTED TO BE/HAS BEEN SET FOR _____.
           (Date)

_/ DEFENDANT IS IN CUSTODY ON OTHER CHARGES:

    _/ SERVING A FEDERAL SENTENCE AT _____

    _/ PENDING FEDERAL CHARGES IN THE _____ DISTRICT OF _____.

    _/ PENDING STATE CHARGES AT _____.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

III. ARRAIGNMENT

_/ WARRANT TO ISSUE.   (IF SO, PLEASE COMPLETE REVERSE)

_/ SUMMONS TO BE ISSUED FOR APPEARANCE ON _____ CALENDAR. (DEFENDANT'S ADDRESS REQUIRED.)
                              (Date)

    DEFENDANT'S ADDRESS: _____

X / LETTER TO DEFENSE COUNSEL FOR APPEARANCE ON **next arraignment** CALENDAR.
                                    (Date)

    DEFENSE ATTORNEY'S NAME: **Howard Ratner** _____

    DEFENSE ATTORNEY'S ADDRESS: _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

IV. CONDITIONS OF RELEASE

    _/ NOT PREVIOUSLY SET, SHOULD BE: _____.
                                [e.g., P.R.; BAIL (listing conditions); DETENTION]

    X / PREVIOUSLY SET, SHOULD BE:

        _/ CONTINUE CONDITIONS OF RELEASE

        x / CONTINUE DETENTION

        _/ MODIFIED AS FOLLOWS (state reasons for modifying): _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

HAS THE FPD represented any subject or witness in this case?    X / Yes    _/ No

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THE ESTIMATED TRIAL TIME IS **6-8 weeks** TRIAL DAYS.      **8/29/05**
                                          (Date Form filled out)

(Revised June 2000)

**DEFENDANT STATUS SHEET** (One for each defendant)

## I. CASE STATUS

NAME OF DEFENDANT  William James a/k/a Bandido Willie        USAO# 2002-1494

_/ MAGISTRATE'S NO. _____        X / DOCKET NO. (If Superseding Indictment) CR  05-231JCC

*****************************************************************************************************************

## II. CUSTODIAL STATUS

HAS DEFENDANT HAD INITIAL APPEARANCE IN THIS CASE? X / yes   _/ no
IF YES:

     _/ DEFENDANT HAS BEEN RELEASED ON THE FOLLOWING CONDITIONS: _____

  ***   _/ A DETENTION HEARING HAS BEEN SCHEDULED FOR: _____

    X / A DETENTION ORDER HAS BEEN ENTERED.

     ***   _/ TEMPORARY DETENTION

     ***  X / PERMANENT DETENTION

       _/  IF THE DEFENDANT HAS HAD INITIAL APPEARANCE IN ANOTHER DISTRICT, THE ABOVE RELEASE ON
          CONDITIONS OR DETENTION ORDER WAS ENTERED IN THE _____ DISTRICT OF _____ AND THE
          DEFENDANT'S FIRST APPEARANCE IN THIS DISTRICT IS EXPECTED TO BE/HAS BEEN SET FOR _____.
          (Date)

_/ DEFENDANT IS IN CUSTODY ON OTHER CHARGES:

    _/ SERVING A FEDERAL SENTENCE AT _____.

    _/ PENDING FEDERAL CHARGES IN THE _____ DISTRICT OF _____.

    _/ PENDING STATE CHARGES AT _____.

*****************************************************************************************************************

## III. ARRAIGNMENT

_/ WARRANT TO ISSUE.   (IF SO, PLEASE COMPLETE REVERSE)

_/ SUMMONS TO BE ISSUED FOR APPEARANCE ON _____ CALENDAR. (DEFENDANT'S ADDRESS REQUIRED.)
                              (Date)

    DEFENDANT'S ADDRESS: _____

X / LETTER TO DEFENSE COUNSEL FOR APPEARANCE ON next arraignment _____ CALENDAR.
                                   (Date)

    DEFENSE ATTORNEY'S NAME:  Jeff Smith

    DEFENSE ATTORNEY'S ADDRESS: _____

*****************************************************************************************************************

## IV. CONDITIONS OF RELEASE

    _/ NOT PREVIOUSLY SET, SHOULD BE: _____
                                  [e.g., F.R.; BAIL (listing conditions); DETENTION]

    X / PREVIOUSLY SET, SHOULD BE:

        _/ CONTINUE CONDITIONS OF RELEASE

        X / CONTINUE DETENTION

        _/ MODIFIED AS FOLLOWS (state reasons for modifying): _____

*****************************************************************************************************************

HAS THE FPD represented any subject or witness in this case?   _/ Yes   _/ No
*****************************************************************************************************************

THE ESTIMATED TRIAL TIME IS  6-8 weeks  TRIAL DAYS.          8/29/05
                                         (Date Form filled out)

(Revised June 2000)

**DEFENDANT STATUS SHEET** (One for each defendant)

I. CASE STATUS

NAME OF DEFENDANT  Bernard Russell Ortman a/k/a Bandido Bernie          USAO# 2002-1494

_/ MAGISTRATE'S NO. _____        X / DOCKET NO. (If Superseding Indictment) CR  05-231JCC

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

II. CUSTODIAL STATUS

HAS DEFENDANT HAD INITIAL APPEARANCE IN THIS CASE?  X / yes    _/ no
IF YES:

     _/ DEFENDANT HAS BEEN RELEASED ON THE FOLLOWING CONDITIONS: _____

  \*\*\*  _/ A DETENTION HEARING HAS BEEN SCHEDULED FOR: _____.

    X / A DETENTION ORDER HAS BEEN ENTERED.

    \*\*\*  _/ TEMPORARY DETENTION

    \*\*\*  X / PERMANENT DETENTION

       _/ IF THE DEFENDANT HAS HAD INITIAL APPEARANCE IN ANOTHER DISTRICT, THE ABOVE RELEASE ON
       CONDITIONS OR DETENTION ORDER WAS ENTERED IN THE _____ DISTRICT OF _____ AND THE
       DEFENDANT'S FIRST APPEARANCE IN THIS DISTRICT IS EXPECTED TO BE/HAS BEEN SET FOR _____.
       (Date)

_/ DEFENDANT IS IN CUSTODY ON OTHER CHARGES:

    _/ SERVING A FEDERAL SENTENCE AT _____.

    _/ PENDING FEDERAL CHARGES IN THE _____ DISTRICT OF _____.

    _/ PENDING STATE CHARGES AT _____.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

III. ARRAIGNMENT

_/ WARRANT TO ISSUE.   (IF SO, PLEASE COMPLETE REVERSE)

_/ SUMMONS TO BE ISSUED FOR APPEARANCE ON _____ CALENDAR. (DEFENDANT'S ADDRESS REQUIRED.)
                         (Date)

    DEFENDANT'S ADDRESS: _____

X / LETTER TO DEFENSE COUNSEL FOR APPEARANCE ON next arraignment _____ CALENDAR.
                               (Date)

    DEFENSE ATTORNEY'S NAME:  Scott Engelhard _____

    DEFENSE ATTORNEY'S ADDRESS: _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

IV. CONDITIONS OF RELEASE

    _/ NOT PREVIOUSLY SET, SHOULD BE: _____.
                      [e.g., P.R.; BAIL (listing conditions); DETENTION]

    X / PREVIOUSLY SET, SHOULD BE:

        _/ CONTINUE CONDITIONS OF RELEASE

        X / CONTINUE DETENTION

        _/ MODIFIED AS FOLLOWS (state reasons for modifying): _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

HAS THE FPD represented any subject or witness in this case?     _/ Yes    _/ No

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THE ESTIMATED TRIAL TIME IS  6-8 weeks  TRIAL DAYS.          8/29/05
                                               (Date Form filled out)

(Revised June 2000)

**DEFENDANT STATUS SHEET** (One for each defendant)

I. CASE STATUS

NAME OF DEFENDANT **Dale Robert Granmo a/k/a Crankcase**          USAO# **2002-1494**

_/ MAGISTRATE'S NO. _____          X / DOCKET NO. (If Superseding Indictment) CR **05-231JCC**

●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●

II. CUSTODIAL STATUS

HAS DEFENDANT HAD INITIAL APPEARANCE IN THIS CASE? X / yes    _/ no
IF YES:

      _/ DEFENDANT HAS BEEN RELEASED ON THE FOLLOWING CONDITIONS: _____

  ***  _/ A DETENTION HEARING HAS BEEN SCHEDULED FOR: _____

      X / A DETENTION ORDER HAS BEEN ENTERED.

    ***  _/ TEMPORARY DETENTION

    ***  X / PERMANENT DETENTION

        _/ IF THE DEFENDANT HAS HAD INITIAL APPEARANCE IN ANOTHER DISTRICT, THE ABOVE RELEASE ON CONDITIONS OR DETENTION ORDER WAS ENTERED IN THE _____ DISTRICT OF _____ AND THE DEFENDANT'S FIRST APPEARANCE IN THIS DISTRICT IS EXPECTED TO BE/HAS BEEN SET FOR _____.
        (Date)

_/ DEFENDANT IS IN CUSTODY ON OTHER CHARGES:

    _/ SERVING A FEDERAL SENTENCE AT _____

    _/ PENDING FEDERAL CHARGES IN THE _____ DISTRICT OF _____

    _/ PENDING STATE CHARGES AT _____

●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●

III. ARRAIGNMENT

_/ WARRANT TO ISSUE.   (IF SO, PLEASE COMPLETE REVERSE)

_/ SUMMONS TO BE ISSUED FOR APPEARANCE ON _____ CALENDAR. (DEFENDANT'S ADDRESS REQUIRED.)
           (Date)

    DEFENDANT'S ADDRESS: _____

X / LETTER TO DEFENSE COUNSEL FOR APPEARANCE ON next arraignment _____ CALENDAR.
           (Date)

    DEFENSE ATTORNEY'S NAME: **Jesse Guerrero Cantor**

    DEFENSE ATTORNEY'S ADDRESS: _____

●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●

IV. CONDITIONS OF RELEASE

    _/ NOT PREVIOUSLY SET, SHOULD BE: _____
           [e.g., P.R.; BAIL (listing conditions); DETENTION]

    X / PREVIOUSLY SET, SHOULD BE:

      _/ CONTINUE CONDITIONS OF RELEASE

      X / CONTINUE DETENTION

      _/ MODIFIED AS FOLLOWS (state reasons for modifying): _____

●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●

HAS THE FPD represented any subject or witness in this case?     _/ Yes   _/ No

●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●

THE ESTIMATED TRIAL TIME IS **6-8 weeks** TRIAL DAYS.          **8/29/05**
                                (Date Form filled out)

(Revised June 2000)

**DEFENDANT STATUS SHEET** (One for each defendant)

### I. CASE STATUS

NAME OF DEFENDANT  Robin Wade Hundahl                    USAO# 2002-1494

_/ MAGISTRATE'S NO. _____      X / DOCKET NO. (If Superseding Indictment) CR  05-231JCC

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### II. CUSTODIAL STATUS

HAS DEFENDANT HAD INITIAL APPEARANCE IN THIS CASE?  X / yes  _/ no

IF YES:

    X / DEFENDANT HAS BEEN RELEASED ON THE FOLLOWING CONDITIONS:  **PR Bond**

\*\*\*  _/ A DETENTION HEARING HAS BEEN SCHEDULED FOR: _____.

    _/ A DETENTION ORDER HAS BEEN ENTERED.

   \*\*\*  _/ TEMPORARY DETENTION

   \*\*\*  _/ PERMANENT DETENTION

      _/  IF THE DEFENDANT HAS HAD INITIAL APPEARANCE IN ANOTHER DISTRICT, THE ABOVE RELEASE ON CONDITIONS OR DETENTION ORDER WAS ENTERED IN THE _____ DISTRICT OF _____ AND THE DEFENDANT'S FIRST APPEARANCE IN THIS DISTRICT IS EXPECTED TO BE/HAS BEEN SET FOR _____.
      (Date)

_/ DEFENDANT IS IN CUSTODY ON OTHER CHARGES:

    _/ SERVING A FEDERAL SENTENCE AT _____

    _/ PENDING FEDERAL CHARGES IN THE _____ DISTRICT OF _____.

    _/ PENDING STATE CHARGES AT _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### III. ARRAIGNMENT

_/ WARRANT TO ISSUE.   (IF SO, PLEASE COMPLETE REVERSE)

_/ SUMMONS TO BE ISSUED FOR APPEARANCE ON _____ CALENDAR. (DEFENDANT'S ADDRESS REQUIRED.)
        (Date)

    DEFENDANT'S ADDRESS: _____

X / LETTER TO DEFENSE COUNSEL FOR APPEARANCE ON next arraignment _____ CALENDAR.
         (Date)

    DEFENSE ATTORNEY'S NAME:  Robert Goldsmith _____

    DEFENSE ATTORNEY'S ADDRESS: _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### IV. CONDITIONS OF RELEASE

    _/ NOT PREVIOUSLY SET, SHOULD BE: _____
         [e.g., P.R., BAIL (listing conditions); DETENTION]

    X / PREVIOUSLY SET, SHOULD BE:

        X / CONTINUE CONDITIONS OF RELEASE

        _/ CONTINUE DETENTION

        _/ MODIFIED AS FOLLOWS (state reasons for modifying): _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

HAS THE FPD represented any subject or witness in this case?      _/ Yes  _/ No

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THE ESTIMATED TRIAL TIME IS 6-8 weeks TRIAL DAYS.        8/29/05
                      (Date Form filled out)

(Revised June 2000)

**DEFENDANT STATUS SHEET** (One for each defendant)

## I. CASE STATUS

NAME OF DEFENDANT __Aaron Wise__                    USAO# __2002-1494__

_/ MAGISTRATE'S NO. _____          X/ DOCKET NO. (If Superseding Indictment) CR __05-231JCC__

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## II. CUSTODIAL STATUS

HAS DEFENDANT HAD INITIAL APPEARANCE IN THIS CASE?  X/ yes  _/ no
IF YES:

    X/ DEFENDANT HAS BEEN RELEASED ON THE FOLLOWING CONDITIONS:  __PR Bond__

\*\*\*   _/ A DETENTION HEARING HAS BEEN SCHEDULED FOR: _____.

    _/ A DETENTION ORDER HAS BEEN ENTERED.

\*\*\*   _/ TEMPORARY DETENTION

\*\*\*   _/ PERMANENT DETENTION

    _/ IF THE DEFENDANT HAS HAD INITIAL APPEARANCE IN ANOTHER DISTRICT, THE ABOVE RELEASE ON CONDITIONS OR DETENTION ORDER WAS ENTERED IN THE _____ DISTRICT OF _____ AND THE DEFENDANT'S FIRST APPEARANCE IN THIS DISTRICT IS EXPECTED TO BE/HAS BEEN SET FOR _____.
    (Date)

_/ DEFENDANT IS IN CUSTODY ON OTHER CHARGES:

    _/ SERVING A FEDERAL SENTENCE AT _____.

    _/ PENDING FEDERAL CHARGES IN THE _____ DISTRICT OF _____.

    _/ PENDING STATE CHARGES AT _____.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## III. ARRAIGNMENT

_/ WARRANT TO ISSUE.  (IF SO, PLEASE COMPLETE REVERSE)

_/ SUMMONS TO BE ISSUED FOR APPEARANCE ON _____ CALENDAR. (DEFENDANT'S ADDRESS REQUIRED.)
              (Date)

    DEFENDANT'S ADDRESS: _____

X/ LETTER TO DEFENSE COUNSEL FOR APPEARANCE ON  next arraignment _____ CALENDAR.
                              (Date)

    DEFENSE ATTORNEY'S NAME:  __Peter Mazzone__

    DEFENSE ATTORNEY'S ADDRESS: _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## IV. CONDITIONS OF RELEASE

    _/ NOT PREVIOUSLY SET, SHOULD BE: _____
                              [e.g., F.R.; BAIL (listing conditions); DETENTION]

    X/ PREVIOUSLY SET, SHOULD BE:

        X/ CONTINUE CONDITIONS OF RELEASE

        _/ CONTINUE DETENTION

        _/ MODIFIED AS FOLLOWS (state reasons for modifying): _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

HAS THE FPD represented any subject or witness in this case?  _/ Yes  _/ No

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THE ESTIMATED TRIAL TIME IS __6-8 weeks__ TRIAL DAYS.      __8/29/05__
                                            (Date Form filled out)

(Revised June 2000)

**DEFENDANT STATUS SHEET**  (Due for <u>each</u> defendant)

I. CASE STATUS

NAME OF DEFENDANT  William Beach                    USAO# 2002-1494

_/ MAGISTRATE'S NO. _____     X/ DOCKET NO. (If Superseding Indictment) CR  05-231JCC

***************************************************************************************************

II. CUSTODIAL STATUS

HAS DEFENDANT HAD INITIAL APPEARANCE IN THIS CASE?  X/ yes   _/ no

IF YES:

    X/ DEFENDANT HAS BEEN RELEASED ON THE FOLLOWING CONDITIONS:  PR Bond

  ***  _/ A DETENTION HEARING HAS BEEN SCHEDULED FOR: _____.

      _/ A DETENTION ORDER HAS BEEN ENTERED.

    ***  _/ TEMPORARY DETENTION

    ***  _/ PERMANENT DETENTION

       _/ IF THE DEFENDANT HAS HAD INITIAL APPEARANCE IN ANOTHER DISTRICT, THE ABOVE RELEASE ON CONDITIONS OR DETENTION ORDER WAS ENTERED IN THE _____ DISTRICT OF _____ AND THE DEFENDANT'S FIRST APPEARANCE IN THIS DISTRICT IS EXPECTED TO BE/HAS BEEN SET FOR _____.
       (Date)

_/ DEFENDANT IS IN CUSTODY ON OTHER CHARGES:

    _/ SERVING A FEDERAL SENTENCE AT _____.

    _/ PENDING FEDERAL CHARGES IN THE _____ DISTRICT OF _____.

    _/ PENDING STATE CHARGES AT _____.

***************************************************************************************************

III. ARRAIGNMENT

_/ WARRANT TO ISSUE.   (IF SO, PLEASE COMPLETE REVERSE)

_/ SUMMONS TO BE ISSUED FOR APPEARANCE ON _____ CALENDAR. (DEFENDANT'S ADDRESS REQUIRED.)
               (Date)

    DEFENDANT'S ADDRESS: _____

X/ LETTER TO DEFENSE COUNSEL FOR APPEARANCE ON next arraignment _____ CALENDAR.
               (Date)

    DEFENSE ATTORNEY'S NAME:  Jon Zulauf

    DEFENSE ATTORNEY'S ADDRESS: _____

***************************************************************************************************

IV. CONDITIONS OF RELEASE

    _/ NOT PREVIOUSLY SET, SHOULD BE: _____
              [e.g., P.R.; BAIL (listing conditions); DETENTION]

    X/ PREVIOUSLY SET, SHOULD BE:

        X/ CONTINUE CONDITIONS OF RELEASE

        / CONTINUE DETENTION

        _/ MODIFIED AS FOLLOWS (state reasons for modifying): _____

***************************************************************************************************

HAS THE FPD represented any subject or witness in this case?    _/ Yes   _/ No

***************************************************************************************************

THE ESTIMATED TRIAL TIME IS 6-8 weeks TRIAL DAYS.          8/29/05
                           (Date Form filled out)

(Revised June 2000)

**DEFENDANT STATUS SHEET** (One for each defendant)

### I. CASE STATUS

NAME OF DEFENDANT **Stephen Koester**                     USAO# **2002-1494**

_/ MAGISTRATE'S NO. _____          X / DOCKET NO. (If Superseding Indictment) CR **05-231JCC**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### II. CUSTODIAL STATUS

HAS DEFENDANT HAD INITIAL APPEARANCE IN THIS CASE?  X / yes    _/ no

IF YES:

    X / DEFENDANT HAS BEEN RELEASED ON THE FOLLOWING CONDITIONS:  **PR Bond**

\*\*\*   _/ A DETENTION HEARING HAS BEEN SCHEDULED FOR: _____.

    _/ A DETENTION ORDER HAS BEEN ENTERED.

   \*\*\*  _/ TEMPORARY DETENTION

   \*\*\*  _/ PERMANENT DETENTION

    _/ IF THE DEFENDANT HAS HAD INITIAL APPEARANCE IN ANOTHER DISTRICT, THE ABOVE RELEASE ON CONDITIONS OR DETENTION ORDER WAS ENTERED IN THE _____ DISTRICT OF _____ AND THE DEFENDANT'S FIRST APPEARANCE IN THIS DISTRICT IS EXPECTED TO BE/HAS BEEN SET FOR _____.
    (Date)

_/ DEFENDANT IS IN CUSTODY ON OTHER CHARGES:

    _/ SERVING A FEDERAL SENTENCE AT _____.

    _/ PENDING FEDERAL CHARGES IN THE _____ DISTRICT OF _____.

    _/ PENDING STATE CHARGES AT _____.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### III. ARRAIGNMENT

_/ WARRANT TO ISSUE.   (IF SO, PLEASE COMPLETE REVERSE)

_/ SUMMONS TO BE ISSUED FOR APPEARANCE ON _____ CALENDAR. (DEFENDANT'S ADDRESS REQUIRED.)
    (Date)

    DEFENDANT'S ADDRESS: _____

X / LETTER TO DEFENSE COUNSEL FOR APPEARANCE ON **next arraignment** CALENDAR.
    (Date)

    DEFENSE ATTORNEY'S NAME:  **Todd Maybrown**

    DEFENSE ATTORNEY'S ADDRESS: _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### IV. CONDITIONS OF RELEASE

    _/ NOT PREVIOUSLY SET, SHOULD BE: _____.
          [e.g., P.R.; BAIL (listing conditions); DETENTION]

    X / PREVIOUSLY SET, SHOULD BE:

        X / CONTINUE CONDITIONS OF RELEASE

        _/ CONTINUE DETENTION

        _/ MODIFIED AS FOLLOWS (state reasons for modifying): _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

HAS THE FPD represented any subject or witness in this case?    _/ Yes   _/ No

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THE ESTIMATED TRIAL TIME IS **6-8 weeks** TRIAL DAYS.          **8/29/05**
                                  (Date Form filled out)

(Revised June 2000)

**DEFENDANT STATUS SHEET** (One for each defendant)

I. CASE STATUS

NAME OF DEFENDANT __Robert Alexander__          USAO# __2002-1494__

_/ MAGISTRATE'S NO. _____     X / DOCKET NO. (If Superseding Indictment) CR __05-231JCC__

********************************************************************************************************

II. CUSTODIAL STATUS

HAS DEFENDANT HAD INITIAL APPEARANCE IN THIS CASE? X / yes   _/ no
IF YES:

    X / DEFENDANT HAS BEEN RELEASED ON THE FOLLOWING CONDITIONS: __PR Bond__

  \***   _/ A DETENTION HEARING HAS BEEN SCHEDULED FOR: _____.

    _/ A DETENTION ORDER HAS BEEN ENTERED.

  \***   _/ TEMPORARY DETENTION

  \***   _/ PERMANENT DETENTION

    _/ IF THE DEFENDANT HAS HAD INITIAL APPEARANCE IN ANOTHER DISTRICT, THE ABOVE RELEASE ON
    CONDITIONS OR DETENTION ORDER WAS ENTERED IN THE _____ DISTRICT OF _____ AND THE
    DEFENDANT'S FIRST APPEARANCE IN THIS DISTRICT IS EXPECTED TO BE/HAS BEEN SET FOR _____.
    (Date)

_/ DEFENDANT IS IN CUSTODY ON OTHER CHARGES:

    _/ SERVING A FEDERAL SENTENCE AT _____.

    _/ PENDING FEDERAL CHARGES IN THE _____ DISTRICT OF _____.

    _/ PENDING STATE CHARGES AT _____.

********************************************************************************************************

III. ARRAIGNMENT

_/ WARRANT TO ISSUE.   (IF SO, PLEASE COMPLETE REVERSE)

_/ SUMMONS TO BE ISSUED FOR APPEARANCE ON _____ CALENDAR. (DEFENDANT'S ADDRESS REQUIRED.)
    (Date)

    DEFENDANT'S ADDRESS: _____

X / LETTER TO DEFENSE COUNSEL FOR APPEARANCE ON _next arraignment_____ CALENDAR.
    (Date)

    DEFENSE ATTORNEY'S NAME: __Cassandra Stamm__

    DEFENSE ATTORNEY'S ADDRESS: _____

********************************************************************************************************

IV. CONDITIONS OF RELEASE

    _/ NOT PREVIOUSLY SET, SHOULD BE: _____
        [e.g., P.R.; BAIL (listing conditions); DETENTION]

    X / PREVIOUSLY SET, SHOULD BE:

        X / CONTINUE CONDITIONS OF RELEASE

        _/ CONTINUE DETENTION

        _/ MODIFIED AS FOLLOWS (state reasons for modifying): _____

********************************************************************************************************

HAS THE FPD represented any subject or witness in this case?   _/ Yes   _/ No

********************************************************************************************************

THE ESTIMATED TRIAL TIME IS __6-8 weeks__ TRIAL DAYS.        __8/29/05__
                                    (Date Form filled out)

(Revised June 2000)

**DEFENDANT STATUS SHEET** (One for each defendant)

I. CASE STATUS

NAME OF DEFENDANT  Michael McElvary                    USAO# 2002-1494

_/ MAGISTRATE'S NO. _____    X_/ DOCKET NO. (If Superseding Indictment) CR  05-231JCC

*******************************************************************************************************

II. CUSTODIAL STATUS

HAS DEFENDANT HAD INITIAL APPEARANCE IN THIS CASE?  X_/ yes    _/ no
IF YES:

    X_/ DEFENDANT HAS BEEN RELEASED ON THE FOLLOWING CONDITIONS:  PR bond

  ***  _/ A DETENTION HEARING HAS BEEN SCHEDULED FOR: _____.

    _/ A DETENTION ORDER HAS BEEN ENTERED.

  ***  _/ TEMPORARY DETENTION

  ***  _/ PERMANENT DETENTION

    _/ IF THE DEFENDANT HAS HAD INITIAL APPEARANCE IN ANOTHER DISTRICT, THE ABOVE RELEASE ON
    CONDITIONS OR DETENTION ORDER WAS ENTERED IN THE _____ DISTRICT OF _____ AND THE
    DEFENDANT'S FIRST APPEARANCE IN THIS DISTRICT IS EXPECTED TO BE/HAS BEEN SET FOR _____.
    (Date)

_/ DEFENDANT IS IN CUSTODY ON OTHER CHARGES:

    _/ SERVING A FEDERAL SENTENCE AT _____.

    _/ PENDING FEDERAL CHARGES IN THE _____ DISTRICT OF _____.

    _/ PENDING STATE CHARGES AT _____.

*******************************************************************************************************

III. ARRAIGNMENT

_/ WARRANT TO ISSUE.   (IF SO, PLEASE COMPLETE REVERSE)

_/ SUMMONS TO BE ISSUED FOR APPEARANCE ON _____ CALENDAR. (DEFENDANT'S ADDRESS REQUIRED.)
    (Date)

    DEFENDANT'S ADDRESS: _____

X_/ LETTER TO DEFENSE COUNSEL FOR APPEARANCE ON next arraignment _____ CALENDAR.
    (Date)

    DEFENSE ATTORNEY'S NAME:  Terrence Kellogg

    DEFENSE ATTORNEY'S ADDRESS: _____

*******************************************************************************************************

IV. CONDITIONS OF RELEASE

    _/ NOT PREVIOUSLY SET, SHOULD BE: _____
        [e.g., P.R.; BAIL (listing conditions); DETENTION]

    X_/ PREVIOUSLY SET, SHOULD BE:

      X_/ CONTINUE CONDITIONS OF RELEASE

      _/ CONTINUE DETENTION

      _/ MODIFIED AS FOLLOWS (state reasons for modifying): _____

*******************************************************************************************************

HAS THE FPD represented any subject or witness in this case?   X_/ Yes   _/ No

*******************************************************************************************************

THE ESTIMATED TRIAL TIME IS  6-8 weeks  TRIAL DAYS.        8/29/05
        (Date Form filled out)

(Revised June 2000)

**DEFENDANT STATUS SHEET** (One for each defendant)

### I. CASE STATUS

NAME OF DEFENDANT **Vincent Reeves**      USAO# **2002-1494**

_/ MAGISTRATE'S NO. _____    X / DOCKET NO. (If Superseding Indictment) CR **05-231JCC**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### II. CUSTODIAL STATUS

HAS DEFENDANT HAD INITIAL APPEARANCE IN THIS CASE? X / yes   _/ no

IF YES:

    X / DEFENDANT HAS BEEN RELEASED ON THE FOLLOWING CONDITIONS: **PR bond** _____

   \*\*\*   _/ A DETENTION HEARING HAS BEEN SCHEDULED FOR: _____.

     _/ A DETENTION ORDER HAS BEEN ENTERED.

   \*\*\*   _/ TEMPORARY DETENTION

   \*\*\*   _/ PERMANENT DETENTION

      _/   IF THE DEFENDANT HAS HAD INITIAL APPEARANCE IN ANOTHER DISTRICT, THE ABOVE RELEASE ON CONDITIONS OR DETENTION ORDER WAS ENTERED IN THE _____ DISTRICT OF _____ AND THE DEFENDANT'S FIRST APPEARANCE IN THIS DISTRICT IS EXPECTED TO BE/HAS BEEN SET FOR _____.

       (Date)

_/ DEFENDANT IS IN CUSTODY ON OTHER CHARGES:

    _/ SERVING A FEDERAL SENTENCE AT _____.

    _/ PENDING FEDERAL CHARGES IN THE _____ DISTRICT OF _____.

    _/ PENDING STATE CHARGES AT _____.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### III. ARRAIGNMENT

_/ WARRANT TO ISSUE.   (IF SO, PLEASE COMPLETE REVERSE)

_/ SUMMONS TO BE ISSUED FOR APPEARANCE ON _____ CALENDAR. (DEFENDANT'S ADDRESS REQUIRED.)

          (Date)

    DEFENDANT'S ADDRESS: _____

X / LETTER TO DEFENSE COUNSEL FOR APPEARANCE ON **next arraignment** _____ CALENDAR.

                              (Date)

    DEFENSE ATTORNEY'S NAME: **Walter Palmer** _____

    DEFENSE ATTORNEY'S ADDRESS: _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### IV. CONDITIONS OF RELEASE

_/ NOT PREVIOUSLY SET, SHOULD BE: _____

                             [e.g., P.R.; BAIL (listing conditions); DETENTION]

X / PREVIOUSLY SET, SHOULD BE:

    X / CONTINUE CONDITIONS OF RELEASE

    _/ CONTINUE DETENTION

    _/ MODIFIED AS FOLLOWS (state reasons for modifying): _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

HAS THE FPD represented any subject or witness in this case?   X / Yes   _/ No

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THE ESTIMATED TRIAL TIME IS **6-8 weeks** TRIAL DAYS.    **8/29/05**

                                            (Date Form filled out)

(Revised June 2000)

**DEFENDANT STATUS SHEET** (One for each defendant)

I. CASE STATUS

NAME OF DEFENDANT **Richard MacMillan**                    USAO# **2002-1494**

_/ MAGISTRATE'S NO. _____        X_/ DOCKET NO. (If Superseding Indictment) CR **05-231JCC** _____

*******************************************************************************************************************

II. CUSTODIAL STATUS

HAS DEFENDANT HAD INITIAL APPEARANCE IN THIS CASE?  X_/ yes    _/ no
IF YES:

    X_/ DEFENDANT HAS BEEN RELEASED ON THE FOLLOWING CONDITIONS: **PR bond** _____

***   _/ A DETENTION HEARING HAS BEEN SCHEDULED FOR: _____.

    _/ A DETENTION ORDER HAS BEEN ENTERED.

***   _/ TEMPORARY DETENTION

***   _/ PERMANENT DETENTION

    _/ IF THE DEFENDANT HAS HAD INITIAL APPEARANCE IN ANOTHER DISTRICT, THE ABOVE RELEASE ON CONDITIONS OR DETENTION ORDER WAS ENTERED IN THE _____ DISTRICT OF _____ AND THE DEFENDANT'S FIRST APPEARANCE IN THIS DISTRICT IS EXPECTED TO BE/HAS BEEN SET FOR _____.
       (Date)

_/ DEFENDANT IS IN CUSTODY ON OTHER CHARGES:

    _/ SERVING A FEDERAL SENTENCE AT _____.

    _/ PENDING FEDERAL CHARGES IN THE _____ DISTRICT OF _____.

    _/ PENDING STATE CHARGES AT _____.

*******************************************************************************************************************

III. ARRAIGNMENT

_/ WARRANT TO ISSUE.   (IF SO, PLEASE COMPLETE REVERSE)

_/ SUMMONS TO BE ISSUED FOR APPEARANCE ON _____ CALENDAR. (DEFENDANT'S ADDRESS REQUIRED.)
                   (Date)

    DEFENDANT'S ADDRESS: _____

X_/ LETTER TO DEFENSE COUNSEL FOR APPEARANCE ON next arraignment _____ CALENDAR.
                                   (Date)

    DEFENSE ATTORNEY'S NAME: **Michael Kolker** _____

    DEFENSE ATTORNEY'S ADDRESS: _____

*******************************************************************************************************************

IV. CONDITIONS OF RELEASE

    _/ NOT PREVIOUSLY SET, SHOULD BE: _____.
                             [e.g., P.R.; BAIL (listing conditions); DETENTION]

    X_/ PREVIOUSLY SET, SHOULD BE:

        X_/ CONTINUE CONDITIONS OF RELEASE

        _/ CONTINUE DETENTION

        _/ MODIFIED AS FOLLOWS (state reasons for modifying): _____

*******************************************************************************************************************

HAS THE FPD represented any subject or witness in this case?    X_/ Yes    _/ No

*******************************************************************************************************************

THE ESTIMATED TRIAL TIME IS **6-8 weeks** TRIAL DAYS.    **8/29/05**
                                          (Date Form filled out)

(Revised June 2000)

**DEFENDANT STATUS SHEET** (One for <u>each</u> defendant)

I. CASE STATUS

NAME OF DEFENDANT  **James Pennell**                      USAO# **2002-1494**

_/ MAGISTRATE'S NO. _____     X / DOCKET NO. (If Superseding Indictment) CR  **05-231JCC**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

II. CUSTODIAL STATUS

HAS DEFENDANT HAD INITIAL APPEARANCE IN THIS CASE?  X / yes   _/ no

IF YES:

      X / DEFENDANT HAS BEEN RELEASED ON THE FOLLOWING CONDITIONS:  **PR bond**

  \*\*\*   _/ A DETENTION HEARING HAS BEEN SCHEDULED FOR: _____.

      _/ A DETENTION ORDER HAS BEEN ENTERED.

  \*\*\*   _/ TEMPORARY DETENTION

  \*\*\*   _/ PERMANENT DETENTION

      _/ IF THE DEFENDANT HAS HAD INITIAL APPEARANCE IN ANOTHER DISTRICT, THE ABOVE RELEASE ON CONDITIONS OR DETENTION ORDER WAS ENTERED IN THE _____ DISTRICT OF _____ AND THE DEFENDANT'S FIRST APPEARANCE IN THIS DISTRICT IS EXPECTED TO BE/HAS BEEN SET FOR _____.
      (Date)

_/ DEFENDANT IS IN CUSTODY ON OTHER CHARGES:

      _/ SERVING A FEDERAL SENTENCE AT _____.

      _/ PENDING FEDERAL CHARGES IN THE _____ DISTRICT OF _____.

      _/ PENDING STATE CHARGES AT _____.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

III. ARRAIGNMENT

_/ WARRANT TO ISSUE.   (IF SO, PLEASE COMPLETE REVERSE)

_/ SUMMONS TO BE ISSUED FOR APPEARANCE ON _____ CALENDAR. (DEFENDANT'S ADDRESS REQUIRED.)
      (Date)

      DEFENDANT'S ADDRESS: _____

X / LETTER TO DEFENSE COUNSEL FOR APPEARANCE ON  next arraignment  _____ CALENDAR.
      (Date)

      DEFENSE ATTORNEY'S NAME:  **David Roberson**

      DEFENSE ATTORNEY'S ADDRESS: _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

IV. CONDITIONS OF RELEASE

      _/ NOT PREVIOUSLY SET, SHOULD BE: _____.
      (e.g., P.R.; BAIL (listing conditions); DETENTION)

      X / PREVIOUSLY SET, SHOULD BE:

        X / CONTINUE CONDITIONS OF RELEASE

        _/ CONTINUE DETENTION

        _/ MODIFIED AS FOLLOWS (state reasons for modifying): _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

HAS THE FPD represented any subject or witness in this case?   X / Yes   _/ No

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THE ESTIMATED TRIAL TIME IS  **6-8 weeks**  TRIAL DAYS.          **8/29/05**
      (Date Form filled out)

(Revised June 2000)

**DEFENDANT STATUS SHEET** (One for each defendant)

## I. CASE STATUS

NAME OF DEFENDANT __Julie Anderson__                        USAO# __2002-1494__

_/ MAGISTRATE'S NO. _____     X / DOCKET NO. (If Superseding Indictment) CR __05-231JCC__

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## II. CUSTODIAL STATUS

HAS DEFENDANT HAD INITIAL APPEARANCE IN THIS CASE? X / yes   _/ no
IF YES:

    X / DEFENDANT HAS BEEN RELEASED ON THE FOLLOWING CONDITIONS: __PR bond__

\*\*\*  _/ A DETENTION HEARING HAS BEEN SCHEDULED FOR: _____.

    _/ A DETENTION ORDER HAS BEEN ENTERED.

\*\*\*  _/ TEMPORARY DETENTION

\*\*\*  _/ PERMANENT DETENTION

    _/ IF THE DEFENDANT HAS HAD INITIAL APPEARANCE IN ANOTHER DISTRICT, THE ABOVE RELEASE ON CONDITIONS OR DETENTION ORDER WAS ENTERED IN THE _____ DISTRICT OF _____ AND THE DEFENDANT'S FIRST APPEARANCE IN THIS DISTRICT IS EXPECTED TO BE/HAS BEEN SET FOR _____.
    (Date)

_/ DEFENDANT IS IN CUSTODY ON OTHER CHARGES:

    _/ SERVING A FEDERAL SENTENCE AT _____

    _/ PENDING FEDERAL CHARGES IN THE _____ DISTRICT OF _____.

    _/ PENDING STATE CHARGES AT _____.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## III. ARRAIGNMENT

_/ WARRANT TO ISSUE.   (IF SO, PLEASE COMPLETE REVERSE)

_/ SUMMONS TO BE ISSUED FOR APPEARANCE ON _____ CALENDAR. (DEFENDANT'S ADDRESS REQUIRED.)
    (Date)

    DEFENDANT'S ADDRESS: _____

X / LETTER TO DEFENSE COUNSEL FOR APPEARANCE ON __next arraignment__ CALENDAR.
    (Date)

    DEFENSE ATTORNEY'S NAME: __Michele Shaw__

    DEFENSE ATTORNEY'S ADDRESS: _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## IV. CONDITIONS OF RELEASE

_/ NOT PREVIOUSLY SET, SHOULD BE: _____
    [e.g., P.R.; BAIL (listing conditions); DETENTION]

X / PREVIOUSLY SET, SHOULD BE:

    X / CONTINUE CONDITIONS OF RELEASE

    _/ CONTINUE DETENTION

    _/ MODIFIED AS FOLLOWS (state reasons for modifying): _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

HAS THE FPD represented any subject or witness in this case?   X / Yes   _/ No

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THE ESTIMATED TRIAL TIME IS __6-8 weeks__ TRIAL DAYS.       __8/29/05__
    (Date Form filled out)

(Revised June 2000)

**DEFENDANT STATUS SHEET** (One for each defendant)

I. CASE STATUS

NAME OF DEFENDANT **Walter Bail**                          USAO# **2002-1494**

__/ MAGISTRATE'S NO. _____          **X** / DOCKET NO. (If Superseding Indictment) CR **05-231JCC**

*************************************************************************************************************************

II. CUSTODIAL STATUS

HAS DEFENDANT HAD INITIAL APPEARANCE IN THIS CASE? **X** / yes   __/ no
IF YES:

     **X** / DEFENDANT HAS BEEN RELEASED ON THE FOLLOWING CONDITIONS: **PR bond**

  *** __/ A DETENTION HEARING HAS BEEN SCHEDULED FOR: _____.

     __/ A DETENTION ORDER HAS BEEN ENTERED.

    *** __/ TEMPORARY DETENTION

    *** __/ PERMANENT DETENTION

      __/ IF THE DEFENDANT HAS HAD INITIAL APPEARANCE IN ANOTHER DISTRICT, THE ABOVE RELEASE ON CONDITIONS OR DETENTION ORDER WAS ENTERED IN THE _____ DISTRICT OF _____ AND THE DEFENDANT'S FIRST APPEARANCE IN THIS DISTRICT IS EXPECTED TO BE/HAS BEEN SET FOR _____.
      (Date)

__/ DEFENDANT IS IN CUSTODY ON OTHER CHARGES:

     __/ SERVING A FEDERAL SENTENCE AT _____.

     __/ PENDING FEDERAL CHARGES IN THE _____ DISTRICT OF _____.

     __/ PENDING STATE CHARGES AT _____.
*************************************************************************************************************************

III. ARRAIGNMENT

__/ WARRANT TO ISSUE.   (IF SO, PLEASE COMPLETE REVERSE)

__/ SUMMONS TO BE ISSUED FOR APPEARANCE ON _____ CALENDAR. (DEFENDANT'S ADDRESS REQUIRED.)
              (Date)

    DEFENDANT'S ADDRESS: _____

**X** / LETTER TO DEFENSE COUNSEL FOR APPEARANCE ON **next arraignment** _____ CALENDAR.
                     (Date)

    DEFENSE ATTORNEY'S NAME: **Ralph Hurvitz** _____

    DEFENSE ATTORNEY'S ADDRESS: _____

*************************************************************************************************************************

IV. CONDITIONS OF RELEASE

    __/ NOT PREVIOUSLY SET, SHOULD BE: _____.
               [e.g., P.R.; BAIL (listing conditions); DETENTION]

    **X** / PREVIOUSLY SET, SHOULD BE:

       **X** / CONTINUE CONDITIONS OF RELEASE

       __/ CONTINUE DETENTION

       __/ MODIFIED AS FOLLOWS (state reasons for modifying): _____

*************************************************************************************************************************

HAS THE FPD represented any subject or witness in this case?   **X** / Yes   __/ No
*************************************************************************************************************************

THE ESTIMATED TRIAL TIME IS **6-8 weeks** TRIAL DAYS.          **8/29/05**
                             (Date Form filled out)

(Revised June 2000)

**DEFENDANT STATUS SHEET** (One for each defendant)

I. CASE STATUS

NAME OF DEFENDANT __Gerald Raschka_____          USAO# __2002-1494_____

_/ MAGISTRATE'S NO. _____          X / DOCKET NO. (If Superseding Indictment) CR __05-231JCC_____

*************************************************************************************************

II. CUSTODIAL STATUS

HAS DEFENDANT HAD INITIAL APPEARANCE IN THIS CASE? _/ yes   X/ no
IF YES:
  _/ DEFENDANT HAS BEEN RELEASED ON THE FOLLOWING CONDITIONS: _____
 \*\*\* _/ A DETENTION HEARING HAS BEEN SCHEDULED FOR: _____.
  _/ A DETENTION ORDER HAS BEEN ENTERED.
  \*\*\* _/ TEMPORARY DETENTION
  \*\*\* _/ PERMANENT DETENTION
  _/ IF THE DEFENDANT HAS HAD INITIAL APPEARANCE IN ANOTHER DISTRICT, THE ABOVE RELEASE ON
   CONDITIONS OR DETENTION ORDER WAS ENTERED IN THE _____ DISTRICT OF _____ AND THE
   DEFENDANT'S FIRST APPEARANCE IN THIS DISTRICT IS EXPECTED TO BE/HAS BEEN SET FOR _____.
   (Date)

_/ DEFENDANT IS IN CUSTODY ON OTHER CHARGES:
  _/ SERVING A FEDERAL SENTENCE AT _____.
  _/ PENDING FEDERAL CHARGES IN THE _____ DISTRICT OF _____.
  _/ PENDING STATE CHARGES AT _____.

*************************************************************************************************

III. ARRAIGNMENT

X / WARRANT TO ISSUE.   (IF SO, PLEASE COMPLETE REVERSE)

_/ SUMMONS TO BE ISSUED FOR APPEARANCE ON _____ CALENDAR. (DEFENDANT'S ADDRESS REQUIRED.)
         (Date)
 DEFENDANT'S ADDRESS: _____
_/ LETTER TO DEFENSE COUNSEL FOR APPEARANCE ON _____ CALENDAR.
         (Date)
 DEFENSE ATTORNEY'S NAME: _____
 DEFENSE ATTORNEY'S ADDRESS: _____

*************************************************************************************************

IV. CONDITIONS OF RELEASE

X / NOT PREVIOUSLY SET, SHOULD BE: __detention__
         [e.g., P.R.; BAIL (listing conditions); DETENTION]

_/ PREVIOUSLY SET, SHOULD BE:
  _/ CONTINUE CONDITIONS OF RELEASE
  / CONTINUE DETENTION
  _/ MODIFIED AS FOLLOWS (state reasons for modifying): _____

*************************************************************************************************

HAS THE FPD represented any subject or witness in this case?   X / Yes   _/ No

*************************************************************************************************

THE ESTIMATED TRIAL TIME IS __6-8 weeks__ TRIAL DAYS.   __8/29/05__
               (Date Form filled out)

(Revised June 2000)

**DEFENDANT STATUS SHEET** (One for each defendant)

<u>I. CASE STATUS</u>

NAME OF DEFENDANT  Michael Pleich a/k/a Spyke          USAO# 2002-1494

_/ MAGISTRATE'S NO. _____   X / DOCKET NO. (If Superseding Indictment) CR  05-231JCC

*********************************************************************************************************************

<u>II. CUSTODIAL STATUS</u>

HAS DEFENDANT HAD INITIAL APPEARANCE IN THIS CASE?  _/ yes   X / no
IF YES:
    _/ DEFENDANT HAS BEEN RELEASED ON THE FOLLOWING CONDITIONS: _____
  ***  _/ A DETENTION HEARING HAS BEEN SCHEDULED FOR: _____.
    _/ A DETENTION ORDER HAS BEEN ENTERED.
    ***  _/ TEMPORARY DETENTION
    ***  _/ PERMANENT DETENTION
        _/ IF THE DEFENDANT HAS HAD INITIAL APPEARANCE IN ANOTHER DISTRICT, THE ABOVE RELEASE ON
        CONDITIONS OR DETENTION ORDER WAS ENTERED IN THE _____ DISTRICT OF _____ AND THE
        DEFENDANT'S FIRST APPEARANCE IN THIS DISTRICT IS EXPECTED TO BE/HAS BEEN SET FOR _____.
        (Date)

_/ DEFENDANT IS IN CUSTODY ON OTHER CHARGES:
    _/ SERVING A FEDERAL SENTENCE AT _____.
    _/ PENDING FEDERAL CHARGES IN THE _____ DISTRICT OF _____.
    _/ PENDING STATE CHARGES AT _____.
*********************************************************************************************************************

<u>III. ARRAIGNMENT</u>

X / WARRANT TO ISSUE.   (IF SO, PLEASE COMPLETE REVERSE)

_/ SUMMONS TO BE ISSUED FOR APPEARANCE ON _____ CALENDAR. (DEFENDANT'S ADDRESS REQUIRED.)
                 (Date)
    DEFENDANT'S ADDRESS: _____.
_/ LETTER TO DEFENSE COUNSEL FOR APPEARANCE ON _____ CALENDAR.
                   (Date)
    DEFENSE ATTORNEY'S NAME: _____.
    DEFENSE ATTORNEY'S ADDRESS: _____.

*********************************************************************************************************************

<u>IV. CONDITIONS OF RELEASE</u>

X / NOT PREVIOUSLY SET, SHOULD BE: detention
                            [e.g., P.R.; BAIL (listing conditions); DETENTION]
_/ PREVIOUSLY SET, SHOULD BE:
    _/ CONTINUE CONDITIONS OF RELEASE
    _/ CONTINUE DETENTION
    _/ MODIFIED AS FOLLOWS (state reasons for modifying): _____

*********************************************************************************************************************
HAS THE FPD represented any subject or witness in this case?   X / Yes   _/ No
*********************************************************************************************************************
THE ESTIMATED TRIAL TIME IS 6-8 weeks TRIAL DAYS.        8/29/05
                                         (Date Form filled out)

(Revised June 2000)

**DEFENDANT STATUS SHEET** (One for each defendant)

I. CASE STATUS

NAME OF DEFENDANT **Leonard Raschka**                    USAO# **2002-1494**

_/ MAGISTRATE'S NO. _____      X_/ DOCKET NO. (If Superseding Indictment) CR **05-231JCC**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

II. CUSTODIAL STATUS

HAS DEFENDANT HAD INITIAL APPEARANCE IN THIS CASE?  _/ yes   X_/ no
IF YES:
    _/ DEFENDANT HAS BEEN RELEASED ON THE FOLLOWING CONDITIONS: _____
\*\*\*   _/ A DETENTION HEARING HAS BEEN SCHEDULED FOR: _____.
    _/ A DETENTION ORDER HAS BEEN ENTERED.
\*\*\*   _/ TEMPORARY DETENTION
\*\*\*   _/ PERMANENT DETENTION
    _/ IF THE DEFENDANT HAS HAD INITIAL APPEARANCE IN ANOTHER DISTRICT, THE ABOVE RELEASE ON CONDITIONS OR DETENTION ORDER WAS ENTERED IN THE _____ DISTRICT OF _____ AND THE DEFENDANT'S FIRST APPEARANCE IN THIS DISTRICT IS EXPECTED TO BE/HAS BEEN SET FOR _____.
    (Date)

_/ DEFENDANT IS IN CUSTODY ON OTHER CHARGES:
    _/ SERVING A FEDERAL SENTENCE AT _____.
    _/ PENDING FEDERAL CHARGES IN THE _____ DISTRICT OF _____.
    _/ PENDING STATE CHARGES AT _____.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

III. ARRAIGNMENT

X_/ WARRANT TO ISSUE.   (IF SO, PLEASE COMPLETE REVERSE)

_/ SUMMONS TO BE ISSUED FOR APPEARANCE ON _____ CALENDAR. (DEFENDANT'S ADDRESS REQUIRED.)
    (Date)
    DEFENDANT'S ADDRESS: _____
_/ LETTER TO DEFENSE COUNSEL FOR APPEARANCE ON _____ CALENDAR.
    (Date)
    DEFENSE ATTORNEY'S NAME: _____
    DEFENSE ATTORNEY'S ADDRESS: _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

IV. CONDITIONS OF RELEASE

X_/ NOT PREVIOUSLY SET, SHOULD BE: **detention**
    [e.g., P.R.; BAIL (listing conditions); DETENTION]
_/ PREVIOUSLY SET, SHOULD BE:
    _/ CONTINUE CONDITIONS OF RELEASE
    _/ CONTINUE DETENTION
    _/ MODIFIED AS FOLLOWS (state reasons for modifying): _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
HAS THE FPD represented any subject or witness in this case?   X_/ Yes   _/ No
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
THE ESTIMATED TRIAL TIME IS **6-8 weeks** TRIAL DAYS.          **8/29/05**
    (Date Form filled out)

(Revised June 2000)

**DEFENDANT STATUS SHEET** (One for each defendant)

I. CASE STATUS

NAME OF DEFENDANT  Anthony Devries                    USAO#  2002-1494

_/ MAGISTRATE'S NO. _____        X / DOCKET NO. (If Superseding Indictment) CR  05-231JCC

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

II. CUSTODIAL STATUS

HAS DEFENDANT HAD INITIAL APPEARANCE IN THIS CASE?  _/ yes  X / no
IF YES:

    _/ DEFENDANT HAS BEEN RELEASED ON THE FOLLOWING CONDITIONS: _____

\*\*\*   _/ A DETENTION HEARING HAS BEEN SCHEDULED FOR: _____.

    _/ A DETENTION ORDER HAS BEEN ENTERED.

  \*\*\*   _/ TEMPORARY DETENTION

  \*\*\*   _/ PERMANENT DETENTION

    _/ IF THE DEFENDANT HAS HAD INITIAL APPEARANCE IN ANOTHER DISTRICT, THE ABOVE RELEASE ON
CONDITIONS OR DETENTION ORDER WAS ENTERED IN THE _____ DISTRICT OF _____ AND THE
DEFENDANT'S FIRST APPEARANCE IN THIS DISTRICT IS EXPECTED TO BE/HAS BEEN SET FOR _____.
(Date)

_/ DEFENDANT IS IN CUSTODY ON OTHER CHARGES:

    _/ SERVING A FEDERAL SENTENCE AT _____.

    _/ PENDING FEDERAL CHARGES IN THE _____ DISTRICT OF _____.

    _/ PENDING STATE CHARGES AT _____.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

III. ARRAIGNMENT

X / WARRANT TO ISSUE.   (IF SO, PLEASE COMPLETE REVERSE)

_/ SUMMONS TO BE ISSUED FOR APPEARANCE ON _____ CALENDAR. (DEFENDANT'S ADDRESS REQUIRED.)
(Date)

    DEFENDANT'S ADDRESS: _____

_/ LETTER TO DEFENSE COUNSEL FOR APPEARANCE ON _____ CALENDAR.
(Date)

    DEFENSE ATTORNEY'S NAME: _____

    DEFENSE ATTORNEY'S ADDRESS: _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

IV. CONDITIONS OF RELEASE

X / NOT PREVIOUSLY SET, SHOULD BE:  Detention                    .
[e.g., P.R.; BAIL (listing conditions); DETENTION]

    _/ PREVIOUSLY SET, SHOULD BE:

        _/ CONTINUE CONDITIONS OF RELEASE

        _/ CONTINUE DETENTION

        _/ MODIFIED AS FOLLOWS (state reasons for modifying): _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

HAS THE FPD represented any subject or witness in this case?  X / Yes  _/ No

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THE ESTIMATED TRIAL TIME IS  6-8 weeks  TRIAL DAYS.          8/29/05
(Date Form filled out)

(Revised June 2000)

**DEFENDANT STATUS SHEET** (One for each defendant)

I. CASE STATUS

NAME OF DEFENDANT  Ricky Lookebill                    USAO# 2002-1494

_/ MAGISTRATE'S NO. _____      X / DOCKET NO. (If Superseding Indictment) CR  05-231JCC

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

II. CUSTODIAL STATUS

HAS DEFENDANT HAD INITIAL APPEARANCE IN THIS CASE?  _/ yes   X / no
IF YES:

    _/ DEFENDANT HAS BEEN RELEASED ON THE FOLLOWING CONDITIONS: _____

\*\*\*   _/ A DETENTION HEARING HAS BEEN SCHEDULED FOR: _____.

    _/ A DETENTION ORDER HAS BEEN ENTERED.

\*\*\*   _/ TEMPORARY DETENTION

\*\*\*   _/ PERMANENT DETENTION

    _/ IF THE DEFENDANT HAS HAD INITIAL APPEARANCE IN ANOTHER DISTRICT, THE ABOVE RELEASE ON CONDITIONS OR DETENTION ORDER WAS ENTERED IN THE _____ DISTRICT OF _____ AND THE DEFENDANT'S FIRST APPEARANCE IN THIS DISTRICT IS EXPECTED TO BE/HAS BEEN SET FOR _____.
    (Date)

_/ DEFENDANT IS IN CUSTODY ON OTHER CHARGES:

    _/ SERVING A FEDERAL SENTENCE AT _____.

    _/ PENDING FEDERAL CHARGES IN THE _____ DISTRICT OF _____.

    _/ PENDING STATE CHARGES AT _____.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

III. ARRAIGNMENT

X / WARRANT TO ISSUE.   (IF SO, PLEASE COMPLETE REVERSE)

_/ SUMMONS TO BE ISSUED FOR APPEARANCE ON _____ CALENDAR. (DEFENDANT'S ADDRESS REQUIRED.)
    (Date)

    DEFENDANT'S ADDRESS: _____

_/ LETTER TO DEFENSE COUNSEL FOR APPEARANCE ON next arraignment CALENDAR.
    (Date)

    DEFENSE ATTORNEY'S NAME: _____
    DEFENSE ATTORNEY'S ADDRESS: _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

IV. CONDITIONS OF RELEASE

X / NOT PREVIOUSLY SET, SHOULD BE:  Detention
    [e.g., P.R.; BAIL (listing conditions); DETENTION]

_/ PREVIOUSLY SET, SHOULD BE:

    _/ CONTINUE CONDITIONS OF RELEASE

    _/ CONTINUE DETENTION

    _/ MODIFIED AS FOLLOWS (state reasons for modifying): _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

HAS THE FPD represented any subject or witness in this case?   X / Yes   _/ No

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THE ESTIMATED TRIAL TIME IS 6-8 weeks TRIAL DAYS.        8/29/05
                                              (Date Form filled out)

(Revised June 2000)

**DEFENDANT STATUS SHEET** (One for each defendant)

### I. CASE STATUS

NAME OF DEFENDANT  Darrell J. Morris                          USAO#  2002-1494

_/ MAGISTRATE'S NO. _____        X / DOCKET NO. (If Superseding Indictment) CR  05-231JCC

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### II. CUSTODIAL STATUS

HAS DEFENDANT HAD INITIAL APPEARANCE IN THIS CASE?  _/ yes  X / no

IF YES:

    _/ DEFENDANT HAS BEEN RELEASED ON THE FOLLOWING CONDITIONS: _____

\*\*\*   _/ A DETENTION HEARING HAS BEEN SCHEDULED FOR: _____

    _/ A DETENTION ORDER HAS BEEN ENTERED.

    \*\*\*  _/ TEMPORARY DETENTION

    \*\*\*  _/ PERMANENT DETENTION

       _/ IF THE DEFENDANT HAS HAD INITIAL APPEARANCE IN ANOTHER DISTRICT, THE ABOVE RELEASE ON CONDITIONS OR DETENTION ORDER WAS ENTERED IN THE _____ DISTRICT OF _____ AND THE DEFENDANT'S FIRST APPEARANCE IN THIS DISTRICT IS EXPECTED TO BE/HAS BEEN SET FOR _____. (Date)

X DEFENDANT IS IN CUSTODY ON OTHER CHARGES:  CR05-232

    _/ SERVING A FEDERAL SENTENCE AT _____

    X / PENDING FEDERAL CHARGES IN THE _____ DISTRICT OF _____

    _/ PENDING STATE CHARGES AT _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### III. ARRAIGNMENT

_/ WARRANT TO ISSUE.    (IF SO, PLEASE COMPLETE REVERSE)

X / SUMMONS TO BE ISSUED FOR APPEARANCE ON _____ (Date) CALENDAR. (DEFENDANT'S ADDRESS REQUIRED.)

    DEFENDANT'S ADDRESS: _____

X / LETTER TO DEFENSE COUNSEL FOR APPEARANCE ON  next arraignment (Date) CALENDAR.

    DEFENSE ATTORNEY'S NAME:  Michael Nance

    DEFENSE ATTORNEY'S ADDRESS: _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### IV. CONDITIONS OF RELEASE

    X / NOT PREVIOUSLY SET, SHOULD BE:  PR bond

        [e.g., P.R.; BAIL (listing conditions); DETENTION]

    _/ PREVIOUSLY SET, SHOULD BE:

        _/ CONTINUE CONDITIONS OF RELEASE

        _/ CONTINUE DETENTION

        _/ MODIFIED AS FOLLOWS (state reasons for modifying): _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

HAS THE FPD represented any subject or witness in this case?   X / Yes   _/ No

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THE ESTIMATED TRIAL TIME IS  6-8 weeks  TRIAL DAYS.          8/29/05

                                          (Date Form filled out)

(Revised June 2000)

**DEFENDANT STATUS SHEET** (One for each defendant)

### I. CASE STATUS

NAME OF DEFENDANT  Steven D. Glenn _____  USAO# 2002-1494 _____

__/ MAGISTRATE'S NO. _____  X / DOCKET NO. (If Superseding Indictment) CR 05-231JCC _____

**************************************************************************************************

### II. CUSTODIAL STATUS

HAS DEFENDANT HAD INITIAL APPEARANCE IN THIS CASE?  __/ yes  X / no

IF YES:

    __/ DEFENDANT HAS BEEN RELEASED ON THE FOLLOWING CONDITIONS: _____

  ***  __/ A DETENTION HEARING HAS BEEN SCHEDULED FOR: _____.

    __/ A DETENTION ORDER HAS BEEN ENTERED.

    ***  __/ TEMPORARY DETENTION

    ***  __/ PERMANENT DETENTION

    __/ IF THE DEFENDANT HAS HAD INITIAL APPEARANCE IN ANOTHER DISTRICT, THE ABOVE RELEASE ON CONDITIONS OR DETENTION ORDER WAS ENTERED IN THE _____ DISTRICT OF _____ AND THE DEFENDANT'S FIRST APPEARANCE IN THIS DISTRICT IS EXPECTED TO BE/HAS BEEN SET FOR _____.
    (Date)

__/ DEFENDANT IS IN CUSTODY ON OTHER CHARGES:

    __/ SERVING A FEDERAL SENTENCE AT _____.

    __/ PENDING FEDERAL CHARGES IN THE _____ DISTRICT OF _____.

    __/ PENDING STATE CHARGES AT _____.

**************************************************************************************************

### III. ARRAIGNMENT

__/ WARRANT TO ISSUE.   (IF SO, PLEASE COMPLETE REVERSE)

__/ SUMMONS TO BE ISSUED FOR APPEARANCE ON _____ CALENDAR. (DEFENDANT'S ADDRESS REQUIRED.)
    (Date)

    DEFENDANT'S ADDRESS: _____

__/ LETTER TO DEFENSE COUNSEL FOR APPEARANCE ON next arraignment _____ CALENDAR.
    (Date)

    DEFENSE ATTORNEY'S NAME: John Lundin

    DEFENSE ATTORNEY'S ADDRESS: _____

**************************************************************************************************

### IV. CONDITIONS OF RELEASE

X / NOT PREVIOUSLY SET, SHOULD BE: PR bond _____
    [e.g., P.R.; BAIL (listing conditions); DETENTION]

__/ PREVIOUSLY SET, SHOULD BE:

    __/ CONTINUE CONDITIONS OF RELEASE

    __/ CONTINUE DETENTION

    __/ MODIFIED AS FOLLOWS (state reasons for modifying): _____

**************************************************************************************************

HAS THE FPD represented any subject or witness in this case?   X / Yes  __/ No

**************************************************************************************************

THE ESTIMATED TRIAL TIME IS 6-8 weeks TRIAL DAYS.   8/29/05 _____
    (Date Form filled out)

(Revised June 2000)