UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR05-231-JCC |
| Plaintiff, | |
| v. | SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |
| STEVEN DALE GLENN, | |
| Defendant. | |

An initial hearing on supervised release revocation in this case was scheduled before me on September 4, 2008. The United States was represented by AUSA Brian Werner and the defendant by John W. Lundin. The proceedings were digitally recorded.

Defendant had been sentenced on or about May 26, 2006 by the Honorable John C. Coughenour on a charge of Transportation of a Stolen Motorcycle, and sentenced to time served in custody (8 days), 3 years supervised release. (Dkt. 1035.)

The conditions of supervised release included the standard conditions plus the requirements that defendant participate in a drug treatment program, abstain from alcohol, submit to search, provide access to financial information, not associate with any known outlaw motorcycle gang members, and be prohibited from wearing gang insignia or "colors".

On April 16, 2008, defendant's probation officer reported that defendant had tested positive for methamphetamine use. Defendant was reprimanded, placed in a structured testing

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

program with increased frequency of testing, and referred for professional assessment and counseling, as well as outpatient treatment and a community based residential program. No further action was taken at that time. (Dkt. 1193.)

In an application dated August 5, 2008 (Dkt. 1194 ), U.S. Probation Officer Jerrod Akins alleged the following violation of the conditions of supervised release:

1. Consuming methamphetamine on or before July 10, 2008, in violation of standard condition No. 7.

Defendant was advised in full as to the charge and as to his constitutional rights.

Defendant admitted the alleged violation and waived any evidentiary hearing as to whether it occurred. (Dkt. 1198.)

I therefore recommend the Court find defendant violated his supervised release as alleged, and that the Court conduct a hearing limited to the issue of disposition. The next hearing will be set before Judge Coughenour.

Pending a final determination by the Court, defendant has been released on the conditions of supervision.

DATED this 4th day of September , 2008.

Mary Alice Theiler
United States Magistrate Judge

cc: District Judge: Honorable John C. Coughenour
AUSA: Brian Werner
Defendant's attorney: John W. Lundin
Probation officer: Jerrod Akins